# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## REQUEST TO FILE AN ANSWER TO PETITION FOR REHEARING EN BANC

April 3, 2014

| | |
|---|---|
| Nos.: 12-2746 & 13-1143 | EARNEST D. SHIELDS,<br>Plaintiff - Appellant<br><br>v.<br><br>ILLINOIS DEPARTMENT OF CORRECTIONS, et al.,<br>Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 1:10-cv-03746<br>Northern District of Illinois, Eastern Division<br>District Judge Ronald A. Guzman | |

    A Petition for Rehearing and Petition for Rehearing En Banc was filed by counsel for appellant on March 26, 2014.

    Counsel for appellees is requested to file an answer to the petition by April 17, 2014. Counsel shall file thirty (30) copies of the answer, which shall not exceed fifteen (15) pages. *Fed. R. App. P. 40(b)*. The cover of the answer, if used, must be white. *Fed. R. App. P. 32(c)(2)(A)*.

form name: **c7_AnswerToEnbancRehearingRequest**(form ID: **199**)