# United States Court of Appeals
For the Seventh Circuit
Chicago, Illinois  60604

May 16, 2014

**Before**

RICHARD A. POSNER, *Circuit Judge*

JOHN DANIEL TINDER, *Circuit Judge*

DAVID F. HAMILTON, *Circuit Judge*

| | |
|---|---|
| Nos. 12-2746 and 13-1143 | |
| EARNEST SHIELDS,<br>    *Plaintiff-Appellant*,<br><br>v.<br><br>ILLINOIS DEPARTMENT OF<br>CORRECTIONS, *et al.*,<br>    *Defendants-Appellees*. | Appeals from the United States District Court for the Northern District of Illinois, Eastern Division.<br><br>No. 10-cv-3746<br><br>**Ronald A. Guzmán**,<br>*Judge*. |

### O R D E R

On consideration of the petition for rehearing and rehearing en banc filed on March 26, 2014, all judges on the original panel have voted to DENY the petition for rehearing, and a majority of judges in active service did not vote to grant rehearing en banc. Chief Judge Wood and Judge Hamilton voted to grant rehearing en banc.

Accordingly, the petition for rehearing is **DENIED**.